UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| KE GU, ) | |
| ) | No. 14 CR 319-2 |
| Defendant, ) | |
| ) | Judge Kendall |
| and ) | |
| ) | |
| FIDELITY SERVICE COMPANY, INC. ) | |
| a/k/a FIDELITY INVESTMENTS, et al. ) | |
| ) | |
| Third-Party Respondent. ) | |

## MOTION FOR TURNOVER ORDER

The United States of America, by Joel R. Levin, Acting United States Attorney for the Northern District of Illinois, moves for a turnover order, and in support states as follows:

1. The court entered a restitution judgment against defendant Ke Gu on February 7, 2017. As of May 11, 2017, Gu has an outstanding balance of $308,387.07.

2. The United States may use any federal or state procedure to enforce the judgment. 18 U.S.C. §§ 3613(a) and (f). A citation to discover assets directed to the respondent Fidelity Service Company, Inc. a/k/a Fidelty Investments was issued on March 28, 2017, and Gu was served on March 30, 2017, with statutory notice.

3. Third-party citation respondent Fidelity answered the citation to discover assets on May 10, 2017. A copy of the answer is attached as Exhibit A. Fidelity served Gu with a copy of the answer as reflected in paragraph 8 of the answer. Fidelity stated that at the time the citation was served it had in its possession or under its control, property belonging to Gu. Based upon Fidelity's answer, the United States is entitled to the current value of the 401(K) profit sharing

plan, about $96,036.93, which represents Gu's nonexempt property being held by the respondent. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases; accordingly, all payments should have "No. 14 CR 319-2" written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604.

5. The United States has provided all notices required by law.

WHEREFORE, the United States requests entry of a turnover order directing the respondent, Fidelity Service Company, Inc. a/k/a Fidelity Investments, to submit to the Clerk of the Court the current value of Gu's 401(K) profit sharing plan, about $96,036.93, to be applied to his outstanding judgment.

Respectfully submitted,

JOEL R. LEVIN
Acting United States Attorney

By: s/ Scott D. Heffron
    SCOTT D. HEFFRON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-4190
    scott.heffron@usdoj.gov

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America )
)
) No. 14 CR 319-2
)
v. )
) Judge Kendall
Ke Gu, )
)
Defendant, )
)
and )
)
Fidelity Service Company, Inc. a/k/a Fidelity )
Investments, )
)
Third Party Citation Respondent. )

## ANSWER OF THIRD PARTY CITATION RESPONDENT

I, _Symmana Abdul-Hasib_, the _Sr. Legal Ops Analyst_ of Respondent, _Fidelity_, state _Fidelity management Trust Co.?_ _Brokerage Services LLC_
(name) (title)
under penalty of perjury as follows:

The Respondent is a _Company_ organized under the laws of the State of _Massachusetts_
(partnership, corporation)

On _3/29/17_, Respondent was served with the Third Party Citation to Discover Assets. With respect to the judgment debtor, Ke Gu, on the day Respondent was served with the Citation, Respondent had in its possession or control the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**

Account type: _Individual Brokerage_
Account No.: _XXX-XX4802_
Amount: $ _0_
Amount withheld: $ _0_

**Account 2**

Account type: _Roth IRA_
Account No.: _XXX-XX6800_
Amount: $ _1,438.82_
Amount withheld: $ _1,438.82_

**Account 3**

Account type: _Rollover IRA_
Account No.: _XXX-XX0268_
Amount: $ _5,111.67_
Amount withheld: $ _5,111.67_

**Account 4**

Account type: _____
Account No.: _____
Amount: $ _____
Amount withheld: $ _____

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

FIMS_RETAIL:2051825982

2. **Safety Deposit Box**   N/A

    Box No.:

    Amount: $_____

    Owners other than the judgment debtor: _____

3. Detail other personal property in the respondent's possession or control:

    N/A

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
    Yes ___ No ✓

If the answer is yes, describe below.

_____

5. Does the Respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest?
    Yes ___ No ✓

If yes, please describe below (continue on additional sheets if necessary):

_____

6. Check and complete the applicable line below if you deny that you hold property subject to this Citation to Discover Assets.

    ___ The Respondent has the following objections, defenses, or set-offs to the United States' right to apply Respondent's indebtedness to defendant to the United States' claim:

    ___ On the date the Respondent was served with the Citation to Discover Assets, Respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property belonging to Respondent, or in which the defendant has an interest.

7. The original Answer must be delivered in person or sent by first-class mail to the United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604.

*Please note all assets held in securities are subject to market conditions. Accounts are restricted pending receipt of a currently and originally certified court order directing FMTC to either liquidate assets to satisfy the judgment or release the accounts to the account owner.*

8. The Respondent mailed a copy of this Answer by first-class mail to: _____

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

FIMS_RETAIL:2051825982

(A) the defendant, Ke Gu, at ~~████~~ Naperville, IL ~~████~~

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of April, 2017.

(Please print and sign name) Summana Abdui-Hasib

Phone No. (201) 915 - 8025

Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

FIMS_RETAIL:2051825982

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

CASE NUMBER: 14 CR 319-2

V.

KE GU

## DECLARATION OF CUSTODIAN OF RECORDS[1]

I, _Summana Abdul-Hasib_ (print name and title), hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1. I am a duly authorized custodian of records in the employ of Fidelity Service Company, Inc. a/k/a, Fidelity Investments with authority to certify said records.

2. The accompanying records are the originals or true copies of records made and kept in the regular scope and course of my employer's regularly conducted activity and constitute all of the records called for in the citation heretofore served in this matter.

3. The entries contained in the original records were prepared by persons having actual knowledge thereof, or with information transmitted by a person with actual knowledge, at or near the times of the occurrences of the matters, which they purport to describe.

SIGNED AND EXECUTED
this _18_ day of _April, 2017_.

Name
Custodian of Records for: Fidelity Service Company, Inc. a/k/a Fidelity Investments

---

[1] To be completed if the Respondent is producing documents.
Please return to: United States Attorney's Office, Financial Litigation Unit, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

FIMS_RETAIL:2051825982



May 2, 2017

Joel R. Levin
United States Attorney
U.S. Department of Justice
219 South Dearborn Street, Fifth Floor
Chicago, IL 60604

**Key Reference Information**
Document Reference: Subpoena dated 03/28/2017
Re: Ke Gu
Plan Sponsor: Tradlink LLC
Fidelity Reference Number: W043322-30MAR17
Case/Cause No: 14 CR 319-2
Case Name: United State of America v. Ke Gu

To Whom It May Concern:

This letter acknowledges receipt of the document referenced above. Fidelity Workplace Services, LLC ("Fidelity") provides administrative recordkeeping services to qualified employee benefit plans which are maintained by plan sponsors and are subject to the Internal Revenue Code of 1986, as amended, and the Employee Retirement Income Security Act of 1974, as amended. These services are provided in accordance with the administrative procedures and plan rules established by the Plan sponsor.

Enclosed please find the following information in response:

- A copy of Ke Gu's statement for the Tradelink LLC 401(k) Profit Sharing Plan from May 1, 2014 to May 1, 2017
- Additionally, please be advised that pursuant to the terms of the Citation, a disbursement restriction has been placed on Ke Gu's account in the Plan. The restriction prohibits Mr. Howard from taking any distributions or loans from her account in the Plan
- Notarized Declaration

This is the only information requested for Ke Gu that Fidelity Workplace Services, LLC has in its records and it is being provided in lieu of a personal appearance.

If further assistance is required in this matter, please submit your request in writing to the following address:

Fidelity Workplace Services, LLC
PO Box 770003
Cincinnati, OH 45277-0070

Sincerely,

Kristy L. Couturier
Legal Document Administration
Fidelity Workplace Services, LLC

## TRADELINK LLC 401(K) PROFIT SHARING PLAN

## Retirement Savings Statement

May 1, 2014 - May 1, 2017



KE GU
NAPERVILLE, IL

For information virtually 24 hours a day call:
1-800-835-5097
Internet Address: http://netbenefits.401k.com
Representatives are available 8:30 AM - 8:00 PM

## Your Account Summary

| | |
|---|---:|
| **Beginning Balance** | **$43,598.75** |
| Your Contributions | 52,300.00 |
| Change in Market Value | 138.18 |
| **Ending Balance** | **$96,036.93** |
| **Additional Information** | |
| Vested Balance | $96,036.93 |
| Dividends & Interest | $138.18 |

**Your Personal Rate of Return**
| | |
|---|---:|
| This Period | 0.2% |
| Year to Date | 0.1% |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

## Your Asset Allocation

Short-Term 100%

Your account is currently allocated among the asset classes specified above. Percentages and totals may not be exact due to rounding.

## Market Value of Your Account
Displayed in this section is the value of your account for the statement period, in both shares and dollars.

| Investment | Shares on 04/30/2014 | Shares on 05/01/2017 | Price on 04/30/2014 | Price on 05/01/2017 | Market Value on 04/30/2014 | Market Value on 05/01/2017 |
|---|---|---|---|---|---:|---:|
| **Short-Term Investments** | | | | | $43,598.75 | $96,036.93 |
| FMMT Retire Gov II | 43,598.750 | 96,036.930 | $1.00 | $1.00 | 43,598.75 | 96,036.93 |
| **Account Total** | | | | | **$43,598.75** | **$96,036.93** |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

0001    20170502    K100

## DECLARATION OF EMPLOYEE OF CUSTODIAN OF RECORDS

The undersigned declares:

1. Fidelity Investments is a trade name for a group of separate but affiliated services companies, one of which, Fidelity Workplace Services Company, LLC. ("Fidelity"), provides administrative recordkeeping services to employer-sponsored qualified retirement plans.

2. I am an employee of Fidelity, the duly authorized custodian of these records.

3. I have authority to certify these records.

4. The copies transmitted are true copies of the original records described in the interrogatories.

5. The records referred to above were kept and prepared by personnel of Fidelity with knowledge of said records, in the ordinary course of business, at or near the time of the acts, conditions or events recorded.

Executed May 2, 2017 at Merrimack, New Hampshire.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____

Print Name: Kristy L. Couturier

Title: Legal Document Administration

STATE OF NEW HAMPSHIRE )
County of Hillsborough )

On this 2nd day of May, 2017, before me, the undersigned notary public, personally appeared Kristy L. Couturier proved to me through satisfactory evidence of identification, which were personal knowledge of identity, to be the person whose name is signed on the preceding document, and acknowledged to me that (he) (she) signed it voluntarily for its stated purpose.

Notary Public: _____   My Commission Expires: June 18, 2019

KEVIN J. GAFFNEY, Notary Public
My Commission Expires June 18, 2019